FILED
CLERK

5/3/2019 8:33 am

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

JOSE FREDDY QUINTANILLA and MAURO GONZALEZ, and on behalf of themselves and all others similarly situated,

                Plaintiff,

- against -

GOOD EATS MEAL PLAN CORP/, d/b/a GOOD EATS, PAUL RIEDEL, and JOHN MUNSON,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

DOCKET NO.: 18-cv-04350 (JMA) (GRB)

**NOTICE OF DISMISSAL AGAINST JOHN MUNSON WITHOUT PREJUDICE**

      PLAINTIFFS HEREBY PROVIDE NOTICE THAT by the undersigned counsel for plaintiffs in the above-captioned action, that pursuant to F.R.C.P. 41(a)(1), this action is dismissed without prejudice against the Defendant John Munson only.

Dated: Carl Place, New York
       May 2, 2019

SO ORDERED.
The Clerk of the Court is directed to mark this case closed and enter judgment accordingly.
/s/ JMA, USDJ
5/3/2019

LEEDS BROWN LAW, P.C.

_____s/_____
Michael Tompkins, Esq.
One Old Country Road
Carle Place, New York ,11514
(516) 873-9550
*Attorneys for Plaintiffs*